UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 14-21635 |
| | ) | |
| API SIGNS, LLC, | ) | Chapter: 11 |
| | ) | Honorable Pamela S. Hollis |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

**ORDER TRANSFERING CASE TO CHIEF JUDGE FOR REASSIGNMENT TO THE HONORABLE JANET S. BAER PURSUANT TO LOCAL RULE 1015-1**

THIS CAUSE coming to be heard on American Chartered Bank's Motion to Reassign Case, Dismiss or Convert and for Entry of an Order for Sanctions Against Counsel (the "Motion"); it appearing that this Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; due, adequate, and sufficient notice of the Motion having been given and it appearing that no other notice need be given; and after due deliberation and sufficient cause appearing therefor,

IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED IN PART.

2. The above-captioned case is related to Case Number 14-12278, previously pending before Judge Baer, pursuant to Local Rule 1015-1(A)(2).

3. Pursuant to Local Rule 1015-1, the above-captioned case is hereby transferred to the Chief Judge and recommended for reassignment to Judge Baer.

Enter:

Dated: JUN 1 1 2014

United States Bankruptcy Judge

**Prepared by:**
Jordan M. Litwin (ARDC # 6287792)
Counsel to American Chartered Bank
Meltzer, Purtill & Stelle LLC
300 South Wacker Drive, Suite 3500
Chicago, Illinois 60606
(312) 987-9900

Rev: 20130104_bko