JANET S. BAER
## UNITED STATES BANKRUPTCY COURT
NORTHERN **DISTRICT OF** ILLINOIS
CHICAGO **DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| API SIGNS, LLC, | § | Case No. 14-21635 |
| | § | |
| Debtor(s) | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 11 of the United States Bankruptcy Code was filed on 06/10/2014 . The case was converted to one under Chapter 7 on 06/24/2014 . The undersigned trustee was appointed on 06/24/2014 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

| | | |
|---|---|---:|
| 4. The trustee realized gross receipts of | $ | 40,199.00 |
| Funds were disbursed in the following amounts: | | |
| Payments made under an interim disbursement | | 0.00 |
| Administrative expenses | | 0.00 |
| Bank service fees | | 369.75 |
| Other payments to creditors | | 0.00 |
| Non-estate funds paid to 3rd Parties | | 0.00 |
| Exemptions paid to the debtor | | 0.00 |
| Other payments to the debtor | | 0.00 |
| Leaving a balance on hand of[1] | $ | 39,829.25 |

---
[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

The remaining funds are available for distribution.

5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6.  The deadline for filing non-governmental claims in this case was 11/10/2014 and the deadline for filing governmental claims was 11/10/2014 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7.  The Trustee's proposed distribution is attached as **Exhibit D**.

8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 4,769.90 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 4,769.90 , for a total compensation of $ 4,769.90 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 0.00 , for total expenses of $ 0.00 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 08/12/2015            By: /s/PHILIP V. MARTINO
                                Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

Form 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

Exhibit A

| Case No: | 14-21635 | JSB | Judge: JANET S. BAER | Trustee Name: | PHILIP V. MARTINO |
|---|---|---|---|---|---|
| Case Name: | API SIGNS, LLC, | | | Date Filed (f) or Converted (c): | 06/24/14 (c) |
| | | | | 341(a) Meeting Date: | 08/06/14 |
| For Period Ending: | 08/12/15 | | | Claims Bar Date: | 11/10/14 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. AMERICAN CHARTERED BANK | 0.00 | 0.00 | | 10,000.00 | FA |
| 2. SOUTH CENTRAL BANK | 5,000.00 | 0.00 | | 0.00 | FA |
| 3. ACCOUNTS RECEIVABLE | 175,000.00 | 0.00 | | 0.00 | FA |
| 4. DEPOSIT WITH DR. GRAPHPX | 6,500.00 | 0.00 | | 0.00 | FA |
| 5. EQUIPMENT NOT ENCUMBERED BY LIEN | 75,000.00 | 0.00 | | 0.00 | FA |
| 6. EQUIPMENT ENCUMBERED BY LIEN | 150,000.00 | 0.00 | | 0.00 | FA |
| 7. INVENTORY | 10,000.00 | 0.00 | | 0.00 | FA |
| 8. Cash On Hand at Conversion (u) | 0.00 | 15,199.00 | | 15,199.00 | FA |
| 9. SETTLEMENT (u) | 0.00 | 15,000.00 | | 15,000.00 | FA |
| TOTALS (Excluding Unknown Values) | $421,500.00 | $30,199.00 | | $40,199.00 | Gross Value of Remaining Assets $0.00 |

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 12/31/15    Current Projected Date of Final Report (TFR): 12/31/15


/s/    PHILIP V. MARTINO
_____  Date: 08/12/15
PHILIP V. MARTINO

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit B

| Case No: | 14-21635 -JSB | | Trustee Name: | PHILIP V. MARTINO |
|---|---|---|---|---|
| Case Name: | API SIGNS, LLC, | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******9952 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******7304 | | | |
| For Period Ending: | 08/12/15 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| C  08/06/14 | 8 | API Sign and Manufacturing LLC | | 1290-000 | 15,199.00 | | 15,199.00 |
| C  09/08/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 18.95 | 15,180.05 |
| C  10/07/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 21.84 | 15,158.21 |
| C  11/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 22.54 | 15,135.67 |
| C  12/05/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 21.78 | 15,113.89 |
| C  01/08/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 22.47 | 15,091.42 |
| C  01/14/15 | 1 | American Chartered Bank | Per 7/15/14 Order [dkt 39] | 1149-000 | 10,000.00 | | 25,091.42 |
| C  02/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 31.55 | 25,059.87 |
| C  02/27/15 | 9 | Client Trust Fund Account | Settlement payment | 1249-000 | 2,500.00 | | 27,559.87 |
| | | Weissberg and Associates, Ltd. | | | | | |
| C  03/02/15 | 9 | Christopher Bambulas | March 1 payment | 1249-000 | 2,500.00 | | 30,059.87 |
| | | Cashier's Check | | | | | |
| C  03/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 33.89 | 30,025.98 |
| C  03/30/15 | 9 | Christopher Bambulas | April 1 Payment | 1249-000 | 2,500.00 | | 32,525.98 |
| C  04/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 44.76 | 32,481.22 |
| C  05/04/15 | 9 | Christopher Bambulas | May 1 Payment | 1249-000 | 2,500.00 | | 34,981.22 |
| | | Cashier's Check | | | | | |
| C  05/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 46.73 | 34,934.49 |
| C  06/03/15 | 9 | CST Sign & Manufacturing LLC | June 1 Payment | 1249-000 | 2,500.00 | | 37,434.49 |
| C  06/05/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 51.58 | 37,382.91 |
| C  06/30/15 | 9 | Christopher Bambulas | July 1 Payment (Final) | 1249-000 | 2,500.00 | | 39,882.91 |
| | | Cashier's Check | | | | | |
| C  07/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 53.66 | 39,829.25 |

Page Subtotals        40,199.00        369.75

UST Form 101-7-TFR (5/1/2011) *(Page: 4)*

LFORM24

Ver: 18.05

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 2
Exhibit B

| Case No: | 14-21635 -JSB | Trustee Name: | PHILIP V. MARTINO |
| Case Name: | API SIGNS, LLC, | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******9952  Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******7304 | | |
| For Period Ending: | 08/12/15 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

|  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|
|  |  |  | COLUMN TOTALS |  | 40,199.00 | 369.75 | 39,829.25 |
|  |  |  | Less:  Bank Transfers/CD's |  | 0.00 | 0.00 |  |
|  |  |  | Subtotal |  | 40,199.00 | 369.75 |  |
|  |  |  | Less:  Payments to Debtors |  |  | 0.00 |  |
|  |  |  | Net |  | 40,199.00 | 369.75 |  |

* Reversed
t Funds Transfer
C Bank Cleared

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Checking Account (Non-Interest Earn - ********9952 | 40,199.00 | 369.75 | 39,829.25 |
| | ----------------------- | ----------------------- | ----------------------- |
| | 40,199.00 | 369.75 | 39,829.25 |
| | ============= | ============= | ============= |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals    0.00    0.00

| Page 1 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: August 12, 2015 |
|---|---|---|---|---|---|---|

Case Number:   14-21635                                Claim Class Sequence
Debtor Name:   API SIGNS, LLC,

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 001<br>3110-00 | Quarles & Brady LLP | Administrative | | $17,562.30 | $0.00 | $17,562.30 |
| 001<br>2100-00 | Philip V. Martino, Trustee | Administrative | | $4,769.90 | $0.00 | $4,769.90 |
| 000001A<br>999<br>2990-80 | Office of the U.S. Trustee<br><B>(ADMINISTRATIVE)</B><br>219 S Dearborn St Room 873<br>Chicago, IL 60604 | Administrative | Withdrawn/Amended by Claim No. 10 | $0.00 | $0.00 | $0.00 |
| 000010<br>999<br>2990-80 | Office of the U.S. Trustee | Administrative | Amends Claim 1A | $325.00 | $0.00 | $325.00 |
| 000003A<br>050<br>4300-00 | Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | Secured | | $122,441.83 | $0.00 | $122,441.83 |
| 000004<br>040<br>5800-00 | Illinois Department of Revenue<br>Bankruptcy Section<br>P.O.Box 64338<br>Chicago, Illinois 60664-0338 | Priority | | $24,431.64 | $0.00 | $24,431.64 |
| 000002<br>070<br>7100-00 | Office of the U.S. Trustee<br>219 S Dearborn St Room 873<br>Chicago, IL 60604 | Unsecured | Withdrawn/amended by Claim No. 11 | $0.00 | $0.00 | $0.00 |
| 000003B<br>070<br>7100-00 | Internal Revenue Service | Unsecured | | $34,914.40 | $0.00 | $34,914.40 |
| 000004B<br>070<br>7100-00 | Illinois Department of Revenue<br>Bankruptcy Section<br>P.O. Box 64338<br>Chicagbo, IL  60664-0338 | Unsecured | | $3,805.74 | $0.00 | $3,805.74 |
| 000005<br>070<br>7100-00 | American Express Bank, FSB<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Unsecured | | $4,885.45 | $0.00 | $4,885.45 |
| 000006<br>070<br>7100-00 | Anthony & Marcia Cavorso<br>c/o Michael D. Lee<br>180 N. Stetson Avenue, Suite 3700<br>Chicago, IL 60601 | Unsecured | | $381,359.52 | $0.00 | $381,359.52 |

Page 2            EXHIBIT C            Date: August 12, 2015
ANALYSIS OF CLAIMS REGISTER

Case Number: 14-21635
Debtor Name: API SIGNS, LLC,

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 000007 070 7100-00 | American Chartered Bank c/o Meltzer, Purtill & Stelle LLC Attn: Jordan M. Litwin 300 S. Wacker Drive, Suite 3500 Chicago, IL 60606 | Unsecured | WITHDRAWN | $0.00 | $0.00 | $0.00 |
| 000008A 070 7100-00 | American Chartered Bank c/o Meltzer, Purtill & Stelle LLC Attn: Jordan M. Litwin 300 S. Wacker Drive, Suite 3500 Chicago, IL 60606 | Unsecured | WITHDRAWN | $0.00 | $0.00 | $0.00 |
| 000009 070 7100-00 | American Chartered Bank c/o Meltzer, Purtill & Stelle LLC Attn: Jordan M. Litwin 300 S. Wacker Drive, Suite 3500 Chicago, IL 60606 | Unsecured | WITHDRAWN | $0.00 | $0.00 | $0.00 |
| 000011 070 7100-00 | Office of the U.S. Trustee | Unsecured | Claim 11 amends Claim 2 | $975.00 | $0.00 | $975.00 |
| | Case Totals: | | | $595,470.78 | $0.00 | $595,470.78 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 14-21635
Case Name: API SIGNS, LLC,
Trustee Name: PHILIP V. MARTINO

Balance on hand $ 39,829.25

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 000003A | Internal Revenue Service | $ 122,441.83 | $ 122,441.83 | $ 0.00 | $ 17,172.05 |

Total to be paid to secured creditors $ 17,172.05

Remaining Balance $ 22,657.20

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: PHILIP V. MARTINO | $ 4,769.90 | $ 0.00 | $ 4,769.90 |
| Attorney for Trustee Fees: Quarles & Brady LLP | $ 17,452.00 | $ 0.00 | $ 17,452.00 |
| Attorney for Trustee Expenses: Quarles & Brady LLP | $ 110.30 | $ 0.00 | $ 110.30 |
| Other: Office of the U.S. Trustee | $ 0.00 | $ 0.00 | $ 0.00 |
| Other: Office of the U.S. Trustee | $ 325.00 | $ 0.00 | $ 325.00 |

Total to be paid for chapter 7 administrative expenses $ 22,657.20

Remaining Balance $ 0.00

UST Form 101-7-TFR (5/1/2011) *(Page: 8)*

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 24,431.64 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000004 | Illinois Department of Revenue | $ 24,431.64 | $ 0.00 | $ 0.00 |

| | |
|---|---|
| Total to be paid to priority creditors | $ 0.00 |
| Remaining Balance | $ 0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 425,940.11 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000002 | Office of the U.S. Trustee | $ 0.00 | $ 0.00 | $ 0.00 |
| 000005 | American Express Bank, FSB | $ 4,885.45 | $ 0.00 | $ 0.00 |
| 000006 | Anthony & Marcia Cavorso | $ 381,359.52 | $ 0.00 | $ 0.00 |
| 000007 | American Chartered Bank | $ 0.00 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000008A | American Chartered Bank | $ 0.00 | $ 0.00 | $ 0.00 |
| 000009 | American Chartered Bank | $ 0.00 | $ 0.00 | $ 0.00 |
| 000004B | Illinois Department of Revenue | $ 3,805.74 | $ 0.00 | $ 0.00 |
| 000003B | Internal Revenue Service | $ 34,914.40 | $ 0.00 | $ 0.00 |
| 000011 | Office of the U.S. Trustee | $ 975.00 | $ 0.00 | $ 0.00 |

Total to be paid to timely general unsecured creditors     $ 0.00

Remaining Balance     $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE