JANET S. BAER
**UNITED STATES BANKRUPTCY COURT**
NORTHERN **DISTRICT OF** ILLINOIS
CHICAGO **DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| API SIGNS, LLC, | § | Case No. 14-21635 |
| | § | |
| Debtor(s) | § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)**

   Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that PHILIP V. MARTINO, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

   The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 AM on 09/15/2015 in Courtroom 615,
       United States Bankruptcy Court
       219 South Dearborn Street
       Chicago, IL  60604
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 08/13/2015          By: Clerk of the Bankruptcy Court
                          Clerk of the Bankruptcy Court

*PHILIP V. MARTINO*
*300 N LASALLE ST SUITE 4000*
*CHICAGO, IL 60654*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
CHICAGO DIVISION

In re: §
§
API SIGNS, LLC, § Case No. 14-21635
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 40,199.00 |
| and approved disbursements of | $ | 369.75 |
| leaving a balance on hand of[1] | $ | 39,829.25 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 000003A | Internal Revenue Service | $ 122,441.83 | $ 122,441.83 | $ 0.00 | $ 17,172.05 |
| | Total to be paid to secured creditors | | | $ | 17,172.05 |
| | Remaining Balance | | | $ | 22,657.20 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: PHILIP V. MARTINO | $ 4,769.90 | $ 0.00 | $ 4,769.90 |
| Attorney for Trustee Fees: Quarles & Brady LLP | $ 17,452.00 | $ 0.00 | $ 17,452.00 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Attorney for Trustee Expenses: Quarles & Brady LLP | $ 110.30 | $ 0.00 | $ 110.30 |
| Other: Office of the U.S. Trustee | $ 325.00 | $ 0.00 | $ 325.00 |

Total to be paid for chapter 7 administrative expenses   $             22,657.20

Remaining Balance   $                    0.00

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 24,431.64 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000004 | Illinois Department of Revenue | $ 24,431.64 | $ 0.00 | $ 0.00 |

Total to be paid to priority creditors   $                    0.00

Remaining Balance   $                    0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 425,940.11 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000002 | Office of the U.S. Trustee | $ 0.00 | $ 0.00 | $ 0.00 |
| 000005 | American Express Bank, FSB | $ 4,885.45 | $ 0.00 | $ 0.00 |
| 000006 | Anthony & Marcia Cavorso | $ 381,359.52 | $ 0.00 | $ 0.00 |
| 000007 | American Chartered Bank | $ 0.00 | $ 0.00 | $ 0.00 |
| 000008A | American Chartered Bank | $ 0.00 | $ 0.00 | $ 0.00 |
| 000009 | American Chartered Bank | $ 0.00 | $ 0.00 | $ 0.00 |
| 000004B | Illinois Department of Revenue | $ 3,805.74 | $ 0.00 | $ 0.00 |
| 000003B | Internal Revenue Service | $ 34,914.40 | $ 0.00 | $ 0.00 |
| 000011 | Office of the U.S. Trustee | $ 975.00 | $ 0.00 | $ 0.00 |

Total to be paid to timely general unsecured creditors     $     0.00

Remaining Balance     $     0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/Philip V. Martino
Trustee

PHILIP V. MARTINO
300 N LASALLE ST SUITE 4000
CHICAGO, IL 60654

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

```
                         United States Bankruptcy Court
                          Northern District of Illinois

In re:                                                    Case No. 14-21635-JSB
API Signs, LLC                                            Chapter 7
         Debtor
                            CERTIFICATE OF NOTICE
District/off: 0752-1           User: lhuley              Page 1 of 2                  Date Rcvd: Aug 14, 2015
                               Form ID: pdf006           Total Noticed: 32


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 16, 2015.
db            +API Signs, LLC,    1756 W. Lake St.,   Chicago, IL 60612-2516
22033204      +1756 W. Lake St., LLC,    1756 W. Lake St.,    Chicago, IL 60612-2516
22489868      +API Signs and Manufacturing, Inc.,    6315 N. LaCrosse,    Chicago, IL 60646-4429
22033205     #+American Chartered Bank,    c/o Meltzer, Purtill & Stelle LLC,    Attn: Jordan M. Litwin,
                300 S. Wacker Drive, Suite 3500,    Chicago, IL 60606-6704
22033206      +American Express,   PO Box 0001,    Los Angeles, CA 90096-8000
22285620       American Express Bank FSB,    c/o Becket and Lee LLP,    POB 3001,    Malvern PA 19355-0701
22602274      +Anthony & Marcia Cavorso,    c/o Michael D. Lee,    180 N. Stetson Avenue, Suite 3700,
                Chicago, IL 60601-6701
22033207      +Blue Cross/Blue Shield of Illinois,    PO Box 1186,    Chicago, IL 60690-1186
22033208      +Central Steel & Wire Co,    3000 w 51st,   Chicago, IL 60632-2198
22033209      +Chris Bambulas,    6315 N. LaCrosse,   Chicago, IL 60646-4429
22033210      +Daniela Bambulas,    6315 N. LaCrosse,   Chicago, IL 60646-4429
22196518     #+Dr. Graphx,    955 W. Lake Street,   Chicago, IL 60607-1719
22213426      +FLOOD,    4827 W HARRISON,   Chicago, IL 60644-5130
22033211      +FLOOD Brothers,    PO Box 4560,   Carol Stream, IL 60197-4560
22033212       Illinois Department or Revenue,    Springfield, IL 62796-0001
22033214      +JET USA,    1116 Macadade Blvd,   Darby, PA 19023-4000
22033215      +JOHNSON PLASTICS,    975 Nimco Dr,   Crystal Lake, IL 60014-1734
22033216      +MC MASTER CARR SUPPLY,    600 N County Line Rd,    Elmhurst, IL 60126-2081
22033217      +PARKSITE INC,    1400 Remington Blvd,   Bolingbrook Il 60490-3204
22196519      +Peoples Gas,    PO Box 19100,   Green Bay, WI 54307-9100
22033218      +QUILL,    PO BOX 37600,   Philadelphia, PA 19101-0600
22033219      +Thomas B. Bambulas,    1121 S. Greenwood St.,    Park Ridge, IL 60068-4547
22033220      +Tony Fornelli,    2003 W. Grand Ave.,   Chicago, IL 60612-1501
22033221      +ULINE,    Attn: Accounts Receivable,   PO Box 88741,    Chicago, IL 60680-1741
22033222      +WENSCO,    5760 Safety Dr NE,   Belmont, MI 49306-9788
22033223       WESTBEND,    1900 W 18th Street,   West Bend, WI 53095
22033224      +WRISCO,    6075 W 115th St,   Alsip, IL 60803-5152

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
22331757       E-mail/Text: rev.bankruptcy@illinois.gov Aug 15 2015 00:06:35
                Illinois Department of Revenue,    Bankruptcy Section,    P.O.Box 64338,
                Chicago, Illinois 60664-0338
22033213       E-mail/Text: cio.bncmail@irs.gov Aug 15 2015 00:06:02      Internal Revenue Service,
                PO Box 7346,    Philadelphia, PA 19101-7346
22190716      +E-mail/Text: USTPREGION11.ES.ECF@USDOJ.GOV Aug 15 2015 00:06:19      Office of the U.S. Trustee,
                219 S Dearborn St   Room 873,    Chicago, IL 60604-2027
22196520       E-mail/Text: appebnmailbox@sprint.com Aug 15 2015 00:06:23      Sprint,    PO Box 4181,
                Carol Stream, IL 60197
22213427      +E-mail/Text: ulinecollections@uline.com Aug 15 2015 00:07:00      ULINE,    2105 S Lakeside Dr,
                Waukegan, IL 60085-8308
                                                                                              TOTAL: 5

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
22595617*       American Express Bank, FSB,   c o Becket and Lee LLP,   POB 3001,   Malvern, PA 19355-0701
22190752*      +Office of the U.S. Trustee,   219 S Dearborn St  Room 873,   Chicago, IL 60604-2027
                                                                                             TOTALS: 0, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 16, 2015                             Signature: /s/Joseph Speetjens

```
District/off: 0752-1         User: lhuley              Page 2 of 2            Date Rcvd: Aug 14, 2015
                             Form ID: pdf006          Total Noticed: 32
```

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 13, 2015 at the address(es) listed below:
              Ariel   Weissberg    on behalf of Creditor Christropher  Bambulas ariel@weissberglaw.com,
               Hava@weissberglaw.com;guy@weissberglaw.com;victor@weissberglaw.com;john@weissberglaw.com;ro@weiss
               berglaw.com;rakesh@weissberglaw.com;paralegal@weissberglaw.com
              Ben L Schneider    on behalf of Debtor   API Signs, LLC ben@windycitylawgroup.com,
               mstone@windycitylawgroup.com;ebrandes@windycitylawgroup.com
              David W. Asbach    on behalf of U.S. Trustee Patrick S Layng dave.w.asbach@usdoj.gov
              Jordan M Litwin    on behalf of Creditor   American Chartered Bank jlitwin@mpslaw.com,
               dnichols@mpslaw.com;crampich@mpslaw.com
              Michael D. Lee   on behalf of Creditor Anthony and Marcia  Cavorso mlee@srcattorneys.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Philip V Martino, ESQ    philip.martino@quarles.com,
               pmartino@ecf.epiqsystems.com;jim.irving@DLApiper.com;colleen.greer@quarles.com;wemet@quarles.com
              Philip V Martino, ESQ    on behalf of Trustee Philip V Martino, ESQ philip.martino@quarles.com
              Sarah  Baker    on behalf of Trustee Philip V Martino, ESQ sarah.baker@quarles.com,
               stella.love@quarles.com
                                                                                             TOTAL: 9
```