JANET S. BAER
# UNITED STATES BANKRUPTCY COURT
### NORTHERN **DISTRICT OF** ILLINOIS
### CHICAGO **DIVISION**

In re:                              §
                                    §
                                    §
API SIGNS, LLC,                     §      Case No. 14-21635
                                    §
                                    §
         Debtor                     §

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

PHILIP V. MARTINO, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 421,500.00  *(Without deducting any secured claims)* | Assets Exempt: 0.00 |
| Total Distributions to Claimants: 17,172.05 | Claims Discharged Without Payment: 697,391.18 |
| Total Expenses of Administration: 23,026.95 | |

3) Total gross receipts of $ 40,199.00  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00  (see **Exhibit 2**), yielded net receipts of $ 40,199.00  from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 513,000.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 23,026.95 | 23,026.95 | 23,026.95 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 74,000.00 | 146,873.47 | 146,873.47 | 17,172.05 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 67,749.65 | 425,940.11 | 425,940.11 | 0.00 |
| **TOTAL DISBURSEMENTS** | $ 654,749.65 | $ 595,840.53 | $ 595,840.53 | $ 40,199.00 |

    4)  This case was originally filed under chapter 11 on  06/10/2014 , and it was converted to chapter 7 on  06/24/2014 .  The case was pending for 18 months.

    5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

    Dated:  12/09/2015           By:/s/PHILIP V. MARTINO
                                                          Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| AMERICAN CHARTERED BANK | 1149-000 | 10,000.00 |
| SETTLEMENT | 1249-000 | 15,000.00 |
| Cash On Hand at Conversion | 1290-000 | 15,199.00 |
| **TOTAL GROSS RECEIPTS** | | **$40,199.00** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 0.00** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | American Chartered Bank 1199 East Higgins Road Schaumburg, IL 60173 | | 325,000.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | American Chartered Bank<br>1199 East Higgins Road<br>Schaumburg, IL 60173 | | 175,000.00 | NA | NA | 0.00 |
| | American Chartered Bank<br>1199 East Higgins Road<br>Schaumburg, IL 60173 | | 13,000.00 | NA | NA | 0.00 |
| **TOTAL SECURED CLAIMS** | | | $ 513,000.00 | $ 0.00 | $ 0.00 | $ 0.00 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| PHILIP V. MARTINO, TRUSTEE | 2100-000 | NA | 4,769.90 | 4,769.90 | 4,769.90 |
| Associated Bank | 2600-000 | NA | 369.75 | 369.75 | 369.75 |
| OFFICE OF THE U.S . TRUSTEE | 2990-800 | NA | 0.00 | 0.00 | 0.00 |
| OFFICE OF THE U.S. TRUSTEE | 2990-800 | NA | 325.00 | 325.00 | 325.00 |
| QUARLES & BRADY LLP | 3110-000 | NA | 17,452.00 | 17,452.00 | 17,452.00 |
| QUARLES & BRADY LLP | 3120-000 | NA | 110.30 | 110.30 | 110.30 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | $ NA | $ 23,026.95 | $ 23,026.95 | $ 23,026.95 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Illinois Department or Revenue Springfield, IL 62796-0001 | | 27,000.00 | NA | NA | 0.00 |
| | Internal Revenue Service PO Box 7346 Philadelphia, PA 19101-7346 | | 47,000.00 | NA | NA | 0.00 |
| 000004 | ILLINOIS DEPARTMENT OF REVENUE | 5800-000 | NA | 24,431.64 | 24,431.64 | 2,856.48 |
| 000003A | INTERNAL REVENUE SERVICE | 5800-000 | NA | 122,441.83 | 122,441.83 | 14,315.57 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ 74,000.00 | $ 146,873.47 | $ 146,873.47 | $ 17,172.05 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | American Chartered Bank 1199 East Higgins Road Schaumburg, IL 60173 | | 9,600.00 | NA | NA | 0.00 |
| | American Express PO Box 0001 Los Angeles, CA 90096 | | 4,500.00 | NA | NA | 0.00 |
| | Blue Cross/Blue Shield of Illinois PO Box 1186 Chicago, IL 60690 | | 2,234.78 | NA | NA | 0.00 |
| | Central Steel & Wire Co 3000 w 51st Chicago, IL 60632 | | 887.26 | NA | NA | 0.00 |
| | FLOOD 4827 W HARRISON Chicago, IL 60644 | | 156.85 | NA | NA | 0.00 |
| | JET USA 1116 Macadade Blvd Darby, PA 19023 | | 347.70 | NA | NA | 0.00 |
| | JOHNSON PLASTICS 975 Nimco Dr Crystal Lake, IL 60014 | | 1,457.51 | NA | NA | 0.00 |
| | MC MASTER CARR SUPPLY 600 N County Line Rd Elmhurst, IL 60126 | | 162.75 | NA | NA | 0.00 |
| | PARKSITE INC 1400 Remington Blvd Bolingbrook Il | | 458.50 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | QUILL PO BOX 37600 Philadelphia, PA 19101 | | 12.53 | NA | NA | 0.00 |
| | Thomas B. Bambulas 1121 S. Greenwood St. Park Ridge, IL 60068 | | 22,000.00 | NA | NA | 0.00 |
| | Tony Fornelli 2003 W. Grand Ave. Chicago, IL 60612 | | 22,000.00 | NA | NA | 0.00 |
| | ULINE 2105 S Lakeside Dr Waukegan, IL 60085 | | 53.58 | NA | NA | 0.00 |
| | WENSCO 5760 Safety Dr NE Belmont, MI 49306 | | 1,898.06 | NA | NA | 0.00 |
| | WESTBEND 1900 W 18th Street West Bend, WI 53095 | | 1,223.17 | NA | NA | 0.00 |
| | WRISCO 6075 W 115th St Alsip, IL 60803 | | 756.96 | NA | NA | 0.00 |
| 000007 | AMERICAN CHARTERED BANK | 7100-000 | NA | 0.00 | 0.00 | 0.00 |
| 000008A | AMERICAN CHARTERED BANK | 7100-000 | NA | 0.00 | 0.00 | 0.00 |
| 000009 | AMERICAN CHARTERED BANK | 7100-000 | NA | 0.00 | 0.00 | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000005 | AMERICAN EXPRESS BANK, FSB | 7100-000 | NA | 4,885.45 | 4,885.45 | 0.00 |
| 000006 | ANTHONY & MARCIA CAVORSO | 7100-000 | NA | 381,359.52 | 381,359.52 | 0.00 |
| 000004B | ILLINOIS DEPARTMENT OF REVENUE | 7100-000 | NA | 3,805.74 | 3,805.74 | 0.00 |
| 000003B | INTERNAL REVENUE SERVICE | 7100-000 | NA | 34,914.40 | 34,914.40 | 0.00 |
| 000002 | OFFICE OF THE U.S. TRUSTEE | 7100-000 | NA | 0.00 | 0.00 | 0.00 |
| 000011 | OFFICE OF THE U.S. TRUSTEE | 7100-000 | NA | 975.00 | 975.00 | 0.00 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 67,749.65 | $ 425,940.11 | $ 425,940.11 | $ 0.00 |

Form 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

Exhibit 8

| | |
|---|---|
| Case No: 14-21635  JSB  Judge: JANET S. BAER | Trustee Name: PHILIP V. MARTINO |
| Case Name: API SIGNS, LLC, | Date Filed (f) or Converted (c): 06/24/14 (c) |
| | 341(a) Meeting Date: 08/06/14 |
| For Period Ending: 12/09/15 | Claims Bar Date: 11/10/14 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. AMERICAN CHARTERED BANK | 0.00 | 0.00 | | 10,000.00 | FA |
| 2. SOUTH CENTRAL BANK | 5,000.00 | 0.00 | | 0.00 | FA |
| 3. ACCOUNTS RECEIVABLE | 175,000.00 | 0.00 | | 0.00 | FA |
| 4. DEPOSIT WITH DR. GRAPHPX | 6,500.00 | 0.00 | | 0.00 | FA |
| 5. EQUIPMENT NOT ENCUMBERED BY LIEN | 75,000.00 | 0.00 | | 0.00 | FA |
| 6. EQUIPMENT ENCUMBERED BY LIEN | 150,000.00 | 0.00 | | 0.00 | FA |
| 7. INVENTORY | 10,000.00 | 0.00 | | 0.00 | FA |
| 8. Cash On Hand at Conversion (u) | 0.00 | 15,199.00 | | 15,199.00 | FA |
| 9. SETTLEMENT (u) | 0.00 | 15,000.00 | | 15,000.00 | FA |
| TOTALS (Excluding Unknown Values) | $421,500.00 | $30,199.00 | | $40,199.00 | Gross Value of Remaining Assets $0.00 (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Ready for TDR uipon receipt of December bank statement.

Initial Projected Date of Final Report (TFR): 12/31/15   Current Projected Date of Final Report (TFR): 12/31/15

/s/   PHILIP V. MARTINO
_____ Date: 12/09/15
PHILIP V. MARTINO

Ver: 19.05
LFORM1
**UST Form 101-7-TDR (10/1/2010)** *(Page: 9)*

FORM 2

Page: 1

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 14-21635 -JSB | | Trustee Name: | PHILIP V. MARTINO |
| --- | --- | --- | --- | --- |
| Case Name: | API SIGNS, LLC, | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******9952 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******7304 | | | |
| For Period Ending: | 12/09/15 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| | Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | BALANCE FORWARD | | | | 0.00 |
| C | 08/06/14 | 8 | API Sign and Manufacturing LLC | | 1290-000 | 15,199.00 | | 15,199.00 |
| C | 09/08/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 18.95 | 15,180.05 |
| C | 10/07/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 21.84 | 15,158.21 |
| C | 11/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 22.54 | 15,135.67 |
| C | 12/05/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 21.78 | 15,113.89 |
| C | 01/08/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 22.47 | 15,091.42 |
| C | 01/14/15 | 1 | American Chartered Bank | Per 7/15/14 Order [dkt 39] | 1149-000 | 10,000.00 | | 25,091.42 |
| C | 02/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 31.55 | 25,059.87 |
| C | 02/27/15 | 9 | Client Trust Fund Account Weissberg and Associates, Ltd. | Settlement payment | 1249-000 | 2,500.00 | | 27,559.87 |
| C | 03/02/15 | 9 | Christopher Bambulas Cashier's Check | March 1 payment | 1249-000 | 2,500.00 | | 30,059.87 |
| C | 03/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 33.89 | 30,025.98 |
| C | 03/30/15 | 9 | Christopher Bambulas | April 1 Payment | 1249-000 | 2,500.00 | | 32,525.98 |
| C | 04/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 44.76 | 32,481.22 |
| C | 05/04/15 | 9 | Christopher Bambulas Cashier's Check | May 1 Payment | 1249-000 | 2,500.00 | | 34,981.22 |
| C | 05/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 46.73 | 34,934.49 |
| C | 06/03/15 | 9 | CST Sign & Manufacturing LLC | June 1 Payment | 1249-000 | 2,500.00 | | 37,434.49 |
| C | 06/05/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 51.58 | 37,382.91 |
| C | 06/30/15 | 9 | Christopher Bambulas Cashier's Check | July 1 Payment (Final) | 1249-000 | 2,500.00 | | 39,882.91 |
| C | 07/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 53.66 | 39,829.25 |
| C | 09/18/15 | 005001 | Philip V. Martino, Trustee | Trustee Compensation/Final | 2100-000 | | 4,769.90 | 35,059.35 |
| C | 09/18/15 | 005002 | Quarles & Brady LLP | Final Fees and Costs | | | 17,562.30 | 17,497.05 |
| | | | | Fees 17,452.00 | 3110-000 | | | |
| | | | | Expenses 110.30 | 3120-000 | | | |
| C | 11/03/15 | 005003 | Office of the U.S. Trustee | Claim 000010, Payment 100.00000% | 2990-800 | | 325.00 | 17,172.05 |

Page Subtotals 40,199.00 23,026.95

Ver: 19.05

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 10)*

FORM 2

Page: 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 14-21635 -JSB | Trustee Name: | PHILIP V. MARTINO |
|---|---|---|---|
| Case Name: | API SIGNS, LLC, | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******9952 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******7304 | | |
| For Period Ending: | 12/09/15 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| C 11/03/15 | 005004 | Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | Claim 000003A, Payment 11.69173% | 5800-000 | | 14,315.57 | 2,856.48 |
| C 11/03/15 | 005005 | Illinois Department of Revenue<br>Bankruptcy Section<br>P.O.Box 64338<br>Chicago, Illinois 60664-0338 | Claim 000004, Payment 11.69172% | 5800-000 | | 2,856.48 | 0.00 |

```
                                    COLUMN TOTALS                    40,199.00      40,199.00         0.00
                                Less: Bank Transfers/CD's                 0.00           0.00
* Reversed                      Subtotal                             40,199.00      40,199.00
t Funds Transfer                    Less: Payments to Debtors                            0.00
C Bank Cleared                  Net                                  40,199.00      40,199.00
```

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Checking Account (Non-Interest Earn - ********9952 | 40,199.00 | 40,199.00 | 0.00 |
| | 40,199.00 | 40,199.00 | 0.00 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals        0.00        17,172.05

Ver: 19.05

LFORM24

UST Form 101-7-TDR (10/1/2010)  (Page: 11)